No. 10–9213.   LeClaire *v.* Pallito, Commissioner, Vermont Department of Corrections.   C. A. 2d Cir.   Certiorari denied.

No. 10–9215.   Matsuda *v.* Hawaii et al.   C. A. 9th Cir.   Certiorari denied.

No. 10–9217.   Norwood *v.* O'Hare, Warden, et al.   C. A. 5th Cir.   Certiorari denied.

No. 10–9219.   Span *v.* Buss, Secretary, Florida Department of Corrections, et al.   C. A. 11th Cir.   Certiorari denied.

No. 10–9230.   Coleman *v.* Bonville & Howard et al.   C. A. 1st Cir.   Certiorari denied.

No. 10–9232.   Eicher *v.* Diodati.   Ct. App. Ariz.   Certiorari denied.

No. 10–9235.   Smith *v.* Buss, Secretary, Florida Department of Corrections.   C. A. 11th Cir.   Certiorari denied.

No. 10–9241.   Vining *v.* Buss, Secretary, Florida Department of Corrections.   C. A. 11th Cir.   Certiorari denied.

No. 10–9247.   Broom *v.* Bobby, Warden.   Sup. Ct. Ohio.   Certiorari denied.

No. 10–9252.   Tafari *v.* Weinstock et al.   C. A. 2d Cir.   Certiorari denied.

No. 10–9264.   Houck *v.* Lockett, Superintendent, State Correctional Institution at Pittsburgh, et al.   C. A. 3d Cir.   Certiorari denied.

No. 10–9266.   Huntley *v.* Franke, Superintendent, Two Rivers Correctional Institution.   C. A. 9th Cir.   Certiorari denied.

No. 10–9268.   Harris *v.* Illinois.   App. Ct. Ill., 1st Dist.   Certiorari denied.